UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAUL ALONSO MADRIGAL,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

No. 2:25-cv-02450-DAD-EFB (SS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

(Doc. Nos. 11, 13, 17)

Plaintiff Saul Alonso Madrigal, proceeding with counsel, brought this action seeking judicial review of the Commissioner of Social Security's final decision denying plaintiff's application for Supplemental Security Income under Title XVI of the Social Security Act. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 2, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for summary judgment be denied and that defendant's cross-motion for summary judgment be granted, and that the final decision of the Commissioner be upheld. (Doc. No. 17.) Specifically, the magistrate judge rejected plaintiff's contention that the ALJ erred in making the RFC determination. The magistrate judge found that to the extent the ALJ partially rejected plaintiff's testimony regarding difficulty walking more than twenty

minutes at a time, the ALJ's determination was supported by specific, clear, and convincing reasons, including other aspects of plaintiff's own testimony. (*Id*. at 7–10.) The magistrate judge determined that the same was true with respect to the ALJ's rejection of plaintiff's testimony as to his use of a urinary catheter requiring greater than frequent restroom breaks. (*Id*. at 10–11.) Finally, the magistrate judge concluded that plaintiff's other arguments regarding the alleged failure of the ALJ to include additional limitations into the RFC were unpersuasive. (*Id*. at 11–12.) Next, the magistrate judge rejected plaintiff's claim of error on the part of the ALJ at step five of the sequential evaluation. The magistrate judge concluded that the testifying vocational expert provided sufficient additional evidence that there are a significant number of surveillance system monitor and document preparer jobs available in the national economy that plaintiff was capable of performing, and that any error with respect to determining the availability of election clerk jobs in the national economy was harmless in light of the presence of the other categories of jobs properly determined to be available. (*Id*. at 12–16.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 16.) On September 8, 2026, counsel on behalf of plaintiff filed objections to the findings and recommendations. (Doc. No. 18.) On that same day defendant filed a response to those objections. (Doc. No. 19.) In his objections, plaintiff's counsel takes issue with the magistrate judge's analysis of plaintiff's claims and the evidence of record that pertains to them. Upon consideration of those arguments, the undersigned concludes that they provide no supportable basis upon which to reject the thorough and well-reasoned findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court adopts the pending findings and recommendations.

1. The findings and recommendations issued on September 2, 2026 (Doc. No. 17) are ADOPTED in full;
2. Plaintiff's motion for summary judgment (Doc. No. 11), is denied;
3. Defendant's cross-motion for summary judgment (Doc. No. 13), granted;

4. The defendant Commissioner's decision is affirmed; and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 26, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE